UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARNEGIE EAST HOUSE HOUSING
DEVELOPMENT FUND CO., INC.,

      Plaintiff,

  -v-

THE INTERIORS GROUP LLC and
HENRY TUTTMAN,

      Defendants.

23-cv-8384 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On April 16, 2024, counsel informed the Court that the parties have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
April 16, 2024

                            _____
                            JED S. RAKOFF, U.S.D.J.

1